UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALAN LEE E.,

                Plaintiff,                Case No. 1:19-cv-13388

v.                                       Honorable Thomas L. Ludington
                                          United States District Judge

COMMISSIONER OF
SOCIAL SECURITY,

                                          Honorable Anthony P. Patti
                Defendant.              United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING
PLAINTIFF'S MOTION FOR ATTORNEY FEES**

On August 4, 2023, Magistrate Judge Anthony P. Patti issued a report recommending that Plaintiff's Motion for Attorney's Fees, ECF No. 29, be granted and Plaintiff's attorney be awarded $21,863.00 in attorney's fees under 42 U.S.C. § 406(b). ECF No. 36 at PageID.1255, 1260.

Judge Patti provided 14 days to object, but the parties did not do so. They have therefore forfeited their right to appeal Judge Patti's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). There is no clear error in the Report.

Accordingly, it is **ORDERED** that Judge Patti's Report and Recommendation, ECF No. 36, is **ADOPTED**.

Further, it is **ORDERED** that Plaintiff's Motion for Attorney's Fees, ECF No. 29, is **GRANTED**.

- 2 -

Further, it is **ORDERED** that Plaintiff's Attorney is **AWARDED** attorney's fees in the amount of $21,863.00.

Dated: August 23, 2023                                  s/Thomas L. Ludington
                                                        THOMAS L. LUDINGTON
                                                        United States District Judge